UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DELORES FORD, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 17-2525 (ABJ) |
| STATE OF MARYLAND ATTORNEY GENERAL, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Pursuant to Federal Rule of Civil Procedure 12 and 58, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' Motions to Dismiss [Dkts. # 7, 14, 15] are **GRANTED**. This is a final, appealable order.

**SO ORDERED**.

_____
AMY BERMAN JACKSON
United States District Judge

DATE: October 22, 2018